**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-1154**

───────────────

CHARLES WILLIAM LEVY,

Plaintiff - Appellant,

versus

CITY OF ALEXANDRIA,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-97-1800-A)

───────────────

Submitted:  March 26, 1998          Decided:  April 7, 1998

───────────────

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Charles William Levy, Appellant Pro Se.  Steven Lee Rosenberg, OFFICE OF THE CITY ATTORNEY, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders (1) dismissing his 42 U.S.C. § 1983 (1994) complaint with respect to the City of Alexandria under Monell v. Department of Social Servs., 436 U.S. 658 (1978), and with respect to the remaining defendants for want of state action and (2) denying his motion for reconsideration. We have reviewed the record including the transcript of the hearing on the motion to dismiss and find no reversible error and no abuse of discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2